# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 23-30690 SGJ  
**Case Name:** Ismail Essa Bhai  
**Period Ending:** 02/28/25

**Trustee:** Anne Elizabeth Burns  
**Filed (f) or Converted (c):** 04/05/23 (f)  
**§341(a) Meeting Date:** 05/09/23  
**Claims Bar Date:** 10/18/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 2216 Glacier Court Carrollton TX 75006-0000 Dallas County | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture and fixtures and ordinary kitchen and household goods including two normal and one orthopedic bed, two sofas, 2 tables, 2 dining tables, kitchenware and appliances, ordinary art and two calculators Location: 2216 Glacier Court, Carrollton TX 75006 | 4,500.00 | 0.00 | | 0.00 | FA |
| 3 | Ipod (old) Location: 2216 Glacier Court, Carrollton TX 75006 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Ipad (old) Location: 2216 Glacier Court, Carrollton TX 75006 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 42" Samsung TV Location: 2216 Glacier Court, Carrollton TX 75006 | 215.00 | 0.00 | | 0.00 | FA |
| 6 | Regular everyday clothing including slacks, sport shirts, socks, shoes, etc. Location: 2216 Glacier Court, Carrollton TX 75006 | 325.00 | 0.00 | | 0.00 | FA |
| 7 | Timex watch (broken) Location: 2216 Glacier Court, Carrollton TX 75006 | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Blood pressure and diabetes machine Location: 2216 Glacier Court, Carrollton TX 75006 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 1,100.00 | 0.00 | | 0.00 | FA |
| 10 | Insurance business (closed) Ismail Bhai Insurance Agency (Farmers) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Traveler's Insurance (homeowners) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor is a non-owner manager of Riba Hospitality Fund I, LLC and a signatory on its bank account at Guaranty Bank. Debtor is also a non-owner signatory of two bank/brokerage accounts that have been garnished: (i) Goldman Sachs and (ii) Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Fraudulent Transfers (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14 | Adv Proc. 23-03094 -- Aga Khan Foundation USA - Fraudulent Transfer Settlement (u) | 0.00 | 625,000.00 | | 625,000.00 | FA |
| 15 | Adv. Proc. No. 23-03095 -- Farrukh Valliani - Fraudulent Transfer Settlement (u) | 0.00 | 172,500.00 | | 172,500.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 21.92 | FA |

**FORM 1** Page: 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **TOTALS** (Excluding Unknown Values) | $506,460.00 | $797,501.00 | $797,521.92 | $1.00 |

**Major activities affecting case closing:**
STATUS AS OF 02/28/2025:

Asset No. 13: *UPDATE* As of 02/28/2025, Special Counsel on behalf of the Trustee filed seven adversary proceedings to pursue fraudulent transfer causes of action.  Of the seven adversaries, three have settled - see Asset Nos. 14, 15, and 16.  The remaining four adversaries are in various stages of litigation.

Asset No. 16: Adv. Proc. No. 23-30690 -- Di Hao Zhang  - Fraudulent Transfer Settlement for $225,000.

STATUS AS OF 09/30/2024:

Asset No. 13: *UPDATE* As of 01/24/2024, Special Counsel on behalf of the Trustee filed seven adversary proceedings to pursue fraudulent transfer causes of action.  Of the seven adversaries, two have settled - see Asset Nos. 14 and 15.  The other five adversaries are in various stages of litigation.

Asset No. 14: Adv Proc. 23-03094 -- Aga Khan Foundation USA - Fraudulent Transfer Settlement for $625,000.

Asset No. 15: Adv. Proc. No. 23-03095 -- Farrukh Valliani - Fraudulent Transfer Settlement for $172,500.

Professionals: *UPDATE* Application to Employ CPA pending as of 09/17/2024 [DN 92].

STATUS AS OF 04/23/2024:

Asset No. 13: *UPDATE* As of 01/24/2024, Special Counsel on behalf of the Trustee has filed seven adversary proceedings to pursue fraudulent transfer causes of action.

STATUS AS OF 09/30/2023:

On 04/05/2023 Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division.

Asset No. 13: Special Counsel investigating potential fraudulent transfer causes of action.  Value listed at $1.00 per UST handbook guidelines which require a whole number estimate, but valuation is an estimate to serve as a placeholder per UST guidelines and is not meant to reflect reality or limit demands or litigation in progress.

Professionals: Order granting employment of Cavazos Hendricks Poirot, P.C. [DN 33] entered on 05/31/2023.  Order granting Application to Employ Special Counsel [DN 50] entered on 09/01/2023.

**Initial Projected Date of Final Report (TFR):**  December 31, 2025    **Current Projected Date of Final Report (TFR):**  December 31, 2025

_____March 31, 2025_____                                                                        /s/ Anne Elizabeth Burns
           Date                                                                                                                          Anne Elizabeth Burns